**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CRANE SECURITY TECHNOLOGIES, INC., and VISUAL PHYSICS, LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ROLLING OPTICS AB<br><br>　　　　Defendant. | **Civil Action No. 14-12428-LTS**<br><br>**JURY DEMANDED** |

**ASSENTED TO MOTION TO ENLARGE THE PAGE LENGTH FOR BOTH PARTIES' PRELIMINARY CLAIM CONSTRUCTION BRIEFS**

Plaintiffs Crane Security Technologies, Inc. and Visual Physics, LLC, hereby move for entry of an Order enlarging the page length of each party's Preliminary Claim Construction Briefs to 40 pages. Both parties' briefs are due Friday, September 18. In support of this motion, Plaintiffs state: this is the first detailed briefing regarding the technology in the case; the parties intend to address disputes regarding the meaning of thirteen claim terms; and the additional pages are necessary to address the issues presented appropriately. The parties conferred regarding the length of the briefs, and the Defendant consents to this request.

WHEREFORE, Plaintiffs request that this motion to enlarge the page length be allowed.

Dated: September 10, 2015

Respectfully submitted,

CRANE SECURITY TECHNOLOGIES, INC., and VISUAL PHYSICS, LLC

By their attorneys,

/s/ *Brian J. Driscoll*
Wayne L. Stoner (BBO# 548015)
Sydenham B. Alexander, III (BBO# 671182)
Brian J. Driscoll (BBO# 684984)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Mary R. Bonzagni (BBO# 553771)
Holland & Bonzagni, PC
Longmeadow Professional Park
171 Dwight Road, Suite 302
Longmeadow, MA  01106
Telephone: (413) 567-2076
Facsimile: (413) 567-2079

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 10, 2015.

                                            /s/ Brian J. Driscoll
                                            Brian J. Driscoll