# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRANE SECURITY TECHNOLOGIES, INC., AND VISUAL PHYSICS, LLC, <br><br> Plaintiffs/counterclaim defendants, <br><br> v. <br><br> ROLLING OPTICS AB, <br><br> Defendant/counterclaimant. | No. 14-cv-12428-WGY |

## ENTRY OF APPEARANCE

Please take notice, pursuant to Local Rule 83.5.2(a), that Daniel A. Lev of the law firm of Pierce Atwood LLP hereby appears as counsel for the Defendant/Counterclaimant Rolling Optics AB and requests that copies of all documents, papers, and pleadings in this case be served upon the undersigned at the address indicated below.

Date:  September 17, 2015

Respectfully submitted,

*/s/ Daniel A. Lev*
Daniel A. Lev (BBO# 670958)
PIERCE ATWOOD LLP
100 Summer Street
22nd Floor
Boston, MA 02110
Telephone: (617) 488-8100
Facsimile: (617) 824-2020
dlev@pierceatwood.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for each party electronically via the CM/ECF system on September 17, 2015.

*/s/ Daniel A. Lev*