UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

———————————————————————
CRANE SECURITY )
TECHNOLOGIES, INC. and VISUAL )
PHYSICS, LLC, )
 )
      Plaintiffs, )
 )
v. ) Civil Action No. 14-12428-LTS
 )
ROLLING OPTICS AB, )
 )
      Defendant. )
———————————————————————

## VERDICT FORM

May 9, 2018

*As to each Question, please place a check mark beside the appropriate response or provide a numerical response, as applicable.*

We, the jury have reached the following unanimous verdicts:

### Findings on Crane's Infringement Claims

**Active Inducement of Infringement**

1. With respect to each of the following products imported into the United States by third parties, did Crane prove by a preponderance of the evidence that Rolling Optics actively induced infringement?

|      | Product              | Yes | No |
|------|----------------------|-----|----|
| 1.a. | UGG labels           | YES |    |
| 1.b. | Hennessy labels      | YES |    |
| 1.c. | Pierce Atwood labels | YES |    |
| 1.d. | Luna di Luna labels  | YES |    |
| 1.e. | Blu Giovello labels  | YES |    |
| 1.f. | Taittinger labels    | YES |    |

Proceed to Question 2.

1

**Actual Notice of Infringement**

2. Did Crane prove by a preponderance of the evidence that it provided actual notice of infringement to Rolling Optics in the April 26, 2010 letter?

   __YES__ YES     _____ NO

   *Proceed to Question 3.*

**Damages**

3. For the relevant time period, what amount of damages do you find, by a preponderance of the evidence, Crane has proven from (1) Rolling Optics' direct infringement of Crane's patents and (2) any product(s) with respect to which you have determined that Crane actively induced infringement of Crane's patents?

   $ __119,186—__

   *Proceed to Question 4.*

**Willful Infringement**

4. Has Crane proven by a preponderance of the evidence that Rolling Optics willfully infringed one or more claims of one or more Crane patents?

   __YES__ YES     _____ NO

   *Proceed to Question 5.*

Findings on Rolling Optics' Invalidity Defenses

**Prior Art Anticipation**

5. a. Has Rolling Optics proven by clear and convincing evidence that claim 62 of the '360 Patent is anticipated by the Matsumoto Japanese patent application?

   _____ YES     __No__ NO

b. Has Rolling Optics proven by clear and convincing evidence that claim 63 of the '360 Patent is anticipated by the Matsumoto Japanese patent application?

_____ YES      ____No____ NO

c. Has Rolling Optics proven by clear and convincing evidence that claim 62 of the '360 Patent is anticipated by the Drinkwater patent?

_____ YES      ____No____ NO

d. Has Rolling Optics proven by clear and convincing evidence that claim 63 of the '360 Patent is anticipated by the Drinkwater patent?

_____ YES      ____No____ NO

*Proceed to Question 6.*

**On-Sale Bar**

6. Has Rolling Optics proven by clear and convincing evidence the application of the on-sale bar to any of the following asserted claims of the '842 Patent?

   a. Claim 57  _____ YES   ____No____ NO
   b. Claim 58  _____ YES   ____No____ NO
   c. Claim 59  _____ YES   ____No____ NO
   d. Claim 76  _____ YES   ____No____ NO
   e. Claim 77  _____ YES   ____No____ NO
   f. Claim 78  _____ YES   ____No____ NO
   g. Claim 79  _____ YES   ____No____ NO

*Proceed to Signature*

3

SIGNATURE

I certify that the above are the unanimous answers of the jury.

_5/9/18_
DATE

_____
FOREPERSON'S SIGNATURE

*When you have completed the verdict form please inform the Court Security Officer that you have reached a verdict.*